0405-10700                                                                                          #141

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAWARD JONES** | **CIVIL ACTION NO: 2:11-CV-01842** |
| **VERSUS** | **Section "F"** <br> **JUDGE MARTIN L.C. FELDMAN** |
| **E S & H, INC. AND** <br> **ASHLAND SERVICES, LLC** | **Division "3"** <br> **MAG. JUDGE JOSEPH C. WILKINSON** |

## ORDER

Upon consideration of the foregoing Joint Motion to Dismiss With Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that any and all claims

in the above-entitled and numbered action be and hereby are dismissed, with prejudice,

with each party to bear its own costs.

New Orleans, Louisiana, this ___7th___ day of _____June_____, 2013.

_____

**UNITED STATES DISTRICT JUDGE**